UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARLEIGH CARRINGTON-EL )<br>USP Victorville )<br>P.O. Box 5500 )<br>Adelanto, CA 92301 )<br>    )<br>            Plaintiff, )<br>    )<br>    v.        ) <br>    )<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE ENVIRONMENT AND )<br>NATURAL RESOURCES DIVISION, )<br>DANIEL J. METCALFE, Director, )<br>Office of Information and Privacy )<br>    )<br>    )<br>            Defendant. )<br>_____) | Civil Action No. 06cv1699 (RMC) |

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the federal defendant in this action.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar #498610

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the    District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Arleigh Carrington-El, USP Victorville, P.O. Box 5500, Adelanto, CA 923301 on October 30, 2006.

 

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)