Arleigh Carrington-El

84529-020

U.S.P. VICTORVILLE

P.O.BOX 5500

Adelanto, California, [92301]


In Propria Persona


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARLEIGH CARRINGTON-EL, | ) | |
| Plaintiff, | ) | Affidavit |
| | ) | |
| v | ) | Civil No.  06cv1699(RMC) |
| DEPARTMENT OF JUSTICE, ET AL., | ) | |
| Defendants. | ) | |

RECEIVED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AFFIDAVIT OF ARLEIGH CARRINGTON-EL

I, Arleigh Carrington-El: affiant herein desposes and say the following to be a true and correct statement of facts, to the best of my knowledge and belief:

1) I am the plaintiff in this civil action number 06cv1699(RMC), seeking judicial review under the Freedom of Information Act, 5 U.S.C. §552("FOIA").

2) The statements I make here are made on the basis of my own personal knowledge, and/or on the basis of information acquired by me through due diligence.

3) I accept the DECLARATION OF ANDREA ARMSTRONG as being true, correct, complete and not misleading, and;

4) based on ANDREA ARMSTRONG's SWORN DECLARATION I request that this court enter a judicial finding of "NUL TIEL RECORD" to effect closure and finality for all concerned parties.

I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executeed on _November, 8_, 2006.

ASSEVERATION, in compliance with
28 U.S.C. §1746 (or) Notary

_____
Arlieigh Carrington-El

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 8, 2006, I caused the foregoing (1) Affidavit of Arleigh Carrington-El; (2) [PROPOSED] ORDER FOR NUL TIER RECORD; to be served on United States Attorney Jeffrey A. Taylor, D.C. BAR# 498610 for defendant, postage prepaid, addressed as follows:

Jeffery Taylor

United States Attorney

United States Attorney's office

Judiciary Building, Rm. E 4112

555 Forth Street, N.W.

Washington, D.C. 20530

*/s/ Arleigh Carrington-El*

Arleigh Carrington-El

USP Victorville, CA.

Adelanto, CA 92301

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 8, 2006, I caused the foregoing (1) Affidavit of Arleigh Carrington-El; (2) [PROPOSED] ORDER FOR NUL TIER RECORD; to be served on attorney of record Karen L. Melnik for defendant, postage prepaid, addressed as follows:

Karen L. Menik, D.C. Bar #436452

Assistance United States Attorney

Civil Division

555 4th Street, N.W.

Washington, D.C. 20530

*Arleigh Carrington-El*
Arleigh Carrington-El

U.S.P Victorville

P.O.Box 5500

Adelanto, Ca. 92301