UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARLEIGH CARRINGTON-EL, ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civil Action No. 06-1699 (RMC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) JUSTICE, *et al.*, ) ) | |
| Defendants. ) ) | |

**MEMORANDUM**

Plaintiff Arleigh Carrington-El requested records from the Department of Justice's ("DOJ") Environment and Natural Resources Division pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Defendants moved for summary judgment on the basis that no responsive records were located [Dkt. #7]. Defendants' motion is supported by the Declaration of Andrea Armstrong, which describes the DOJ's processing of Mr. Carrington-El's request and the search for records. In response to Defendants' motion, Mr. Carrington-El "accept[s] the Declaration of Andrea Armstrong as being true, correct, complete and not misleading." Affidavit of Arleigh Carrington-El ¶ 3 [Dkt. #9]. He then requests that the Court "enter a judicial finding of 'nul tiel record' to effect closure and finality for all concerned." *Id*. ¶ 4. Accordingly, the Court will grant Defendants' summary judgment motion as conceded and dismiss the case. A separate Order accompanies this Memorandum.

Date: December 5, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge