# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ARLEIGH CARRINGTON-EL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1699 (RMC)** |
| | ) | |
| **UNITED STATES DEPARTMENT OF JUSTICE,** *et al.*, | ) ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment [Dkt. #7] is

**GRANTED** as conceded; and it is

**FURTHER ORDERED** that judgment is entered for Defendants and this case is

**DISMISSED**.  This is a final, appealable Order.  *See* Fed. R. App. P. 4(a).


Date: December 5, 2006                    _____/s/_____

                                          ROSEMARY M. COLLYER
                                          United States District Judge